491 F.2d 727
 William J. DORMAN, Petitioner-Appellee,
v.
Louie L. WAINWRIGHT, Director, Florida Division of
Corrections, Respondent-Appellant.
No. 73-2058 Summary Calendar.*
*Rule 18, 5 Cir.; see Isbell Enterprises, Inc.
v.
Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431
F.2d 409.
 United States Court of Appeals, Fifth Circuit.
 March 25, 1974.
 
 Appeal from the United States District Court for the Northern District of Florida; Winston E. Arnow, Chief Judge.
 Robert L. Shevin, Atty. Gen., Wallace E. Allbritton, Enoch J. Whitney, Asst. Attys. Gen., Tallahassee, Fla., for respondent-appellant.
 James R. Pierce, Gainesville, Fla. (Court-appointed), for petitioner-appellee.
 Before GEWIN, GODBOLD and CLARK, Circuit Judges.
 PER CURIAM:
 
 
 1
 The order of the District Court granting the writ of habeas corpus is reversed. Wainwright v. Stone, 414 U.S. 21, 94 S.Ct. 190, 38 L.Ed.2d 179 (1973).